391 A.2d 678

Commonwealth v. Darras, Appellant.

Submitted September 12, 1977. Robert E. Ker-

per, Jr., Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Appeal dismissed as moot.

WATKINS, former P. J., did not participate in the consideration or decision of this case.